26517. AMERICAN MUTUAL LIABILITY INSURANCE COMPANY *et al.* v. LEMMING.

FELTON, J. On certiorari the Supreme Court *(American Mutual Liability Co.* v. *Lemming,* 187 *Ga.* 378, 200 S. E. 141), reversed the judgment of this court (57 *Ga. App.* 338, 195 S. E. 312). The judgment of this court, affirming the judgment of the superior court, is hereby vacated and the judgment is reversed in conformity with the judgment of the Supreme Court.

*Judgment reversed. Stephens, P. J., and Sutton, J., concur.*

DECIDED FEBRUARY 8, 1939.

*Neely, Marshall & Greene, Barry Wright, John Meredith Graham Jr.,* for plaintiffs in error.

*Lanham & Parker,* contra.